UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JACQUES NAZAIRE,

               Plaintiff,

  - against -

THE CITY OF NEW YORK, et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER
01-CV-7630 (JG)

JOHN GLEESON, United States District Judge:

       Nazaire sued the defendants in this case, which included the City, several state and local officials, and Dr. Gregory Perrier, a private doctor who Nazaire claimed falsely accused him of a crime, for violating his constitutional rights pursuant to 42 U.S.C. § 1983. By memorandum and order dated June 26, 2003, I granted summary judgment in favor of the city and the state and local officials on all Nazaire's claims against them.

       At a status conference on July 11, 2003, I inquired whether there was any basis for federal jurisdiction over the remaining claims. Nazaire's counsel stated that he would prefer to raise his claims against Dr. Perrier, who is not a state actor amenable to suit under § 1983, in state court. All counsel agreed that a dismissal of this case is appropriate, and that the dismissal should be without prejudice to Nazaire's pursuit of state law claims in state court, if indeed he chooses to pursue his claims any further.

       I therefore dismiss any remaining federal claims against Dr. Perrier on consent of the parties. I decline to exercise supplemental jurisdiction over any remaining state claims

against any of the defendants. The Clerk is therefore directed to close the case.

So Ordered.

John Gleeson, U.S.D.J.

Dated:   July 15, 2003
         Brooklyn, New York