UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACQUES NAZAIRE,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 7630 (JG)

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 30, 2003 granting the City defendants' motion for summary judgment and a subsequent Order on July 21, 2003 having been filed by the Court dismissing upon consent of the parties plaintiff's complaint, without prejudice to plaintiff's pursuit of state law claims in state court; dismissing any remaining federal claims against Dr. Gregory Perrier; and declining to exercise supplemental jurisdiction over any remaining state law claims; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the City defendants' motion for summary judgment is granted; that upon consent of the parties plaintiff's complaint is dismissed, without prejudice to plaintiff's pursuit of state law claims in state court; that any remaining federal claims against Dr. Gregory Perrier are dismissed; and that the Court declines to exercise supplemental jurisdiction over remaining state law claims against any of the defendants.

Dated: Brooklyn, New York
       July 23, 2003

ROBERT C. HEINEMANN
CLERK OF COURT

By: _____
JAMES GIOKAS
CHIEF DEPUTY CLERK